BASTIAN BROTHERS COMPANY, Respondent, v. REGAL DOLL MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.    Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

NICHOLAS PARIS, Plaintiff, v. WM. GANSS FUR COMPANY, INCORPORATED, Defendant.— Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the directed verdict, with costs. All concur.    Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

NICHOLAS PARIS, Plaintiff, v. WM. GANSS FUR COMPANY, INCORPORATED, Defendant.— Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the directed verdict, with costs. All concur.    Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ESTELLE DIRKSEN, Respondent, v. ROBERT WALKER, Appellant.— Judgment affirmed, with costs.    While there was error in the charge in respect to contributory negligence, we are of the opinion that the error did not affect the result.    All concur.    Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JESSIE MAUDE WILLIAMS, Respondent, v. FLAGG STORAGE WAREHOUSE COMPANY, Appellant.    ELLA B. DELIMA, Defendant.— Judgment affirmed, with costs. All concur.    Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

VILLAGE OF AKRON, Respondent, v. ALBERT L. LEWIS and NELLIE M. LEWIS, Appellants, Impleaded with WILLIAM ROTH, Defendant.— Judgment affirmed, with costs.    All concur.    Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

KATHRYN KENNEDY, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Order affirmed, with costs.    All concur.    Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

GEORGE KENNEDY, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Order affirmed, with costs.    All concur.    Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MARY HANLON, Respondent, v. UNION BANK OF MEDINA, Appellant.— Judgment affirmed, with costs.    All concur.    Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MARTIN J. ROLLING, Respondent, v. SERVICE MILK COMPANY, INCORPORATED, Appellant.— Judgment and order affirmed, with costs.    All concur.    Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

INTERNATIONAL RAILWAY COMPANY, Respondent, v. CITY OF BUFFALO, Appellant.— Judgment modified so as to provide therein that the track shall not be permanently removed at the corner of Elk and Smith streets and that no particular manner of construction of the curve is approved, and as so modified the judgment is affirmed, with costs to respondent.    All concur.    Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JAMES NICKOLAKAKIS and HELEN NICKOLAKAKIS, Respondents, v. LOUIS WEISS, Appellant.— Interlocutory judgment affirmed, with costs.    All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MICHAEL SCHLAGEL, Respondent, v. FRED W. HAMILTON, Appellant.—Judgment and order reversed on the law and a new trial granted, with costs to appellant to abide the event, on the authority of *Watertown Bank & Loan Co.* v. *Mix* (51 N. Y. 558).    All concur.    Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.